The judgment is reversed, and the cause remanded.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## On Motion for Rehearing.

LATTIMORE, J. The state insists, for various reasons, that we erred in our reversal of this case. Each of the grounds assigned has been carefully examined by us, and in no one of them do we think the contention made should be sustained. We see no good reason for writing at any length.

The motion for rehearing by the state will be overruled.

## OGLESBY v. STATE. (No. 13086.)

Court of Criminal Appeals of Texas. Nov. 13, 1929.

J. S. Grisham, of Eastland, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. Conviction is for burglary; punishment, five years in the penitentiary.

The record is before this court without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.

## Ernest OGLESBY v. STATE. (No. 13087.)

Court of Criminal Appeals of Texas. Nov. 13, 1929.

J. S. Grisham, of Eastland, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. Conviction is for burglary, punishment being five years in the penitentiary.

The record is before us without statement of facts. Some special charges were requested by appellant and refused. It is manifestly impossible to appraise the relevancy of such instructions without knowing the facts before the court at the time he refused them.

The judgment is affirmed.

## ADAMSON v. STATE. (No. 12364.)

Court of Criminal Appeals of Texas. May 22, 1929.

Rehearing Denied Nov. 27, 1929.